ALFRED E. DONOHUE, WSBA No. 32774
GABRIELLA WAGNER, WSBA No. 42898
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Facsimile: 206-623-9273
Email: donohue@wscd.com
Email: wagner@wscd.com

THE HONORABLE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| LUCAS M. CHANEY, individually, and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER USA INC.,<br><br>Defendants. | No. 2:19-CV-00272-SAB<br><br>DEFENDANTS AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANT PATRICK K. WILLIS COMPANY, INC. AND SANTANDER CONSUMER USA INC.'S CROSS-CLAIM |

In answer to the Cross-Claim jointly asserted by Defendant Patrick K. Willis Company, Inc. and Santander Consumer Company Inc., ("PK Willis/Santander"), Defendant Auto Trackers and Recovery North, LLC, ("Auto Trackers"), admits, denies, and alleges as follows:

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 1
so/AED6679.043/3374574x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## I.   PARTIES

1.1    Auto Trackers lacks sufficient information to admit or deny the allegations in Paragraph 1.1 and therefor denies them.

1.2    Auto Trackers admits it is an Idaho limited liability company located in Hayden, Idaho and does business in Spokane County, Washington.

## II.   JURISDICTION

2.1    Auto Trackers admits jurisdiction is proper. Any remaining allegations are denied for lack of information sufficient to form a belief as to the truth thereof.

2.2    Auto Trackers admits this Court has personal jurisdiction over Auto Trackers. Any remaining allegations are denied for lack of information sufficient to form a belief as to the truth thereof.

2.3    Auto Trackers admits venue is proper. Any remaining allegations are denied for lack of information sufficient to form a belief as to the truth thereof.

## III.   FACTS

3.1    Paragraph 3.1 does not contain allegations requiring a response. To the extent a response is required, Auto Trackers incorporates its responses to all preceding paragraphs by reference as if fully set forth herein.

3.2    Auto Trackers admits that on or about May 21, 2014, PK Willis and Auto Trackers entered into a Master Services Agreement.

3.3    Auto Trackers admits the Agreement speaks for itself. To the extent paragraph 3.3 mischaracterizes, misrepresents, or misquotes the terms of that Agreement, those allegations are denied. All remaining allegations, if any, are denied for lack of information sufficient to form a belief as to the truth thereof.

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 2
so/AED6679.043/3374574x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

3.4    Auto Trackers admits the Agreement speaks for itself. To the extent paragraph 3.4 mischaracterizes, misrepresents, or misquotes the terms of that Agreement, those allegations are denied. All remaining allegations, if any, are denied for lack of information sufficient to form a belief as to the truth thereof.

3.5    Auto Trackers admits the Agreement speaks for itself. To the extent paragraph 3.5 mischaracterizes, misrepresents, or misquotes the terms of that Agreement, those allegations are denied. All remaining allegations, if any, are denied for lack of information sufficient to form a belief as to the truth thereof.

3.6    Auto Trackers lacks sufficient information to admit or deny the allegations in Paragraph 3.6 and therefor denies the same.

3.7    Auto Trackers admits it was hired by PK Willis to repossess a 2009 BMW X5 from Lucas M. Chaney. Any remaining allegations contained in paragraph 3.7 are denied for lack of information sufficient to form a belief as to the same.

3.8    Auto Trackers admits that Lucas Chaney, Kathleen Chaney, and their minor child have filed a Complaint in this matter. That document speaks for itself. Any remaining allegations contained in paragraph 3.8 are denied.

3.9    Auto Trackers admits that PK Willis has issued written communication concerning defense and indemnity of the lawsuit. That documentation speaks for itself. Any remaining allegations contained in paragraph 3.9 are denied.

3.10    Auto Trackers denies the allegations in paragraph 3.10.

3.11    Auto Trackers denies the allegations in paragraph 3.11.

3.12    Auto Trackers lacks sufficient information to admit or deny the allegations in Paragraph 3.12 and therefor denies them. By way of further

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 3
so/AED6679.043/3374574x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

answer, Auto Trackers denies that it has engaged in any act or omission that has caused damage to PK Willis.

## IV. CAUSES OF ACTION
### First Cause of Action: Declaratory Judgment

4.1    Paragraph 4.1 does not contain allegations requiring a response. To the extent a response is required, Auto Trackers incorporates its responses to all preceding paragraphs as if fully set forth herein.

4.2    Auto Trackers denies the allegations in paragraph 4.2.

4.3    Auto Trackers denies the allegations in paragraph 4.3.

4.4    Auto Trackers is without sufficient information to form a belief as to the truth of the allegations in paragraph 4.4 and therefore denies the same.

4.5    Paragraph 4.5 consists of a legal conclusion to which no response is required. To the extent that paragraph 4.5 consists of any allegations of fact pertaining to Auto Trackers, it denies those allegations.

4.6    Paragraph 4.6 consists of a legal conclusion to which no response is required. To the extent that paragraph 4.6 consists of any allegations of fact pertaining to Auto Trackers, it denies those allegations.

### Second Cause of Action: Breaches of Contract

4.7    Paragraph 4.7 does not contain allegations requiring a response. To the extent a response is required, Auto Trackers incorporates its responses to all preceding paragraphs as if fully set forth herein.

4.8    Auto Trackers admits it entered in an Agreement with PK Willis. That agreement speaks for itself and to the extent paragraph 4.8 mischaracterizes, misrepresents, or misquotes the terms of that Agreement, those allegations are denied. All remaining allegations, if any, are denied for lack of information sufficient to form a belief as to the truth thereof.

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 4
so/AED6679.043/3374574x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

4.9   Auto Trackers denies the allegations in paragraph 4.9.

4.10   Auto Trackers admits it entered in an Agreement with PK Willis. That agreement speaks for itself and to the extent paragraph 4.10 mischaracterizes, misrepresents, or misquotes the terms of that Agreement, those allegations are denied. All remaining allegations, if any, are denied for lack of information sufficient to form a belief as to the truth thereof.

4.11   Auto Trackers denies the allegations in paragraph 4.11.

4.12   Auto Trackers denies the allegations in paragraph 4.12.

4.13   Auto Trackers lacks sufficient information to admit or deny the allegations in Paragraph 4.13 and therefor denies them.

All paragraphs and/or allegations not specifically addressed above are denied for lack of information sufficient to form a belief as to the truth of the same.

## PRAYER FOR RELIEF

Auto Trackers denies that PK Willis/Santander are entitled to an award of any damages or to any other relief requested in their "Prayer for Relief", including sub-parts A through F.

## AFFIRMATIVE DEFENSES

Auto Trackers hereby incorporates all affirmative defenses asserted in its Answer to Plaintiffs' Complaint and asserts the following specific affirmative defenses to the cross-claim asserted by PK Willis/Santander:

**First Affirmative Defense:**  PK Willis/Santander's cross-claim fails to state a claim upon which relief may be granted.

**Second Affirmative Defense:**  PK Willis/Santander's cross-claim is premature as there has been limited discovery in this matter and there is no determination as to liability and/or damages.

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 5
so/AED6679.043/3374574x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**Third Affirmative Defense:** In accordance with RCW 4.22 et. seq., damages are to be apportioned according to the relative fault of all parties and non-parties.

Auto Trackers reserves the right to amend this answer by way of additional affirmative defenses, counterclaims, cross-claims, or by instituting third-party actions as additional facts are obtained through further investigation and discovery.

### PRAYER FOR RELIEF

WHEREFORE, Auto Trackers prays for judgment:

1. Dismissing PK Willis/Santander's cross-claim against Auto Trackers with prejudice and without costs;

2. For Auto Trackers' attorney's fees and costs;

3. For such other and further relief as the Court deems just and equitable.

DATED this 23rd day of October, 2019.

By  s/Alfred E. Donohue
  s/Gabriella Wagner
Alfred E. Donohue, WSBA #32774
Gabriella Wagner, WSBA #42898
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: (206) 985-2927
Fax: (206) 623-9273
Email: donohue@wscd.com;
wagner@wscd.com
Of Attorneys for Defendant Auto Trackers & Recovery North, LLC

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 6
so/AED6679.043/3374574x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## DECLARATION OF SERVICE

I hereby certify that this 23rd day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**DATED** this 23rd day of October, 2019, at Seattle, Washington.

*s/Becky Phares*
Becky Phares

DEFENDANT AUTO TRACKERS & RECOVERY, LLC'S ANSWER TO DEFENDANTS PATRICK K. WILLIS & SANTANDER'S CROSS-CLAIM (Cause No. 2:19-CV-00272-SAB) – 7
so/AED6679.043/3374574x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273