1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| LUCAS M. CHANEY, individually, and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>                           Plaintiffs,<br>vs.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER USA INC.,<br><br>                           Defendants. | Case No. 2:19-cv-00272-SAB<br><br>DECLARATION OF TREVOR R. PINCOCK IN SUPPORT OF PATRICK K. WILLIS COMPANY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST AUTO TRACKERS AND RECOVERY NORTH LLC |
| PATRICK K. WILLIS COMPANY, INC., a California corporation,<br><br>                         Cross-Claim Plaintiff,<br>vs.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, an Idaho limited liability company,<br>                       Cross-Claim Defendant. | |

DECLARATION OF TREVOR R. PINCOCK: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01963995  12/16/20

I, TREVOR R. PINCOCK, hereby make the following declaration:

1. I am over the age of 18 years and competent to provide testimony. The following statements are based on my own personal knowledge.

2. I am an attorney for Defendant and Cross-Claim Plaintiff Patrick K. Willis Company, Inc. ("PK Willis").

3. Attached hereto as **Exhibit A** is a true and correct copy of Auto Trackers and Recovery North LLC's Answers to PK Willis's First Set of Requests for Admission.

I certify and declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 16th day of December at Spokane, Washington.

/s/ Trevor R. Pincock
TREVOR R. PINCOCK

DECLARATION OF TREVOR R. PINCOCK: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01963995  12/16/20

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of December, 2020, I served the foregoing to the following:

| | |
|---|---|
| Alexander B. Trueblood<br>Trueblood Law Firm<br>1700 Seventh Ave., Suite 2100<br>Seattle, WA 98101-1360<br>alec@hush.com<br><br>Attorney for Plaintiffs | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via ECF / email |
| Gabriella Wagner<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>wagner@wscd.com<br>phares@wscd.com<br>Strelyuk@wscd.com<br>Obrien@wscd.com<br><br>Attorneys for Defendant Auto Trackers and Recovery North LLC | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via ECF / email |

_/s/ Marianne Love_
MARIANNE LOVE, Legal Assistant

DECLARATION OF TREVOR R. PINCOCK: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01963995  12/16/20