```
 1  LUKINS & ANNIS, P.S.
    TREVOR R. PINCOCK WSBA #36818
 2  CHARLES HAUSBERG WSBA #50029
 3  1600 Washington Trust Financial Center
    717 W Sprague Ave
 4  Spokane, WA  99201-0466
 5  Telephone: (509) 455-9555
    Facsimile: (509) 747-2323
 6
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| LUCAS M. CHANEY, individually, and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>   Plaintiffs,<br><br>   vs.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER USA INC.,<br><br>   Defendants.<br>_____<br>PATRICK K. WILLIS COMPANY, INC., a California corporation,<br><br>   Cross-Claim Plaintiff,<br>   vs.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, an Idaho limited liability company,<br><br>   Cross-Claim Defendant. | Case No. 2:19-cv-00272-SAB<br><br>DEFENDANT PATRICK K. WILLIS COMPANY INC.'S MOTION TO SEAL DECLARATION OF STEVEN SCHELK |

DEFENDANT PATRICK K. WILLIS COMPANY INC.'S
MOTION TO SEAL DECLARATION: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

01963995  12/17/20

1  COMES NOW, Cross-Claim Plaintiff Patrick K. Willis Company ("PK Willis"), by and through its counsel of record, and hereby files this Motion to Seal the Declaration of Steven Schelk (the "Declaration"). The Declaration was filed on December 16, 2020, and is now being filed as a proposed sealed document.

PK Willis seeks to seal the Declaration in order to keep confidential the Master Service Agreement (the "MSA") that is attached thereto as Exhibit A. The MSA has been designated as a confidential document, without any dispute from the other parties, pursuant to the parties' Protective Agreement. Declaration of Trevor R. Pincock in Support of Motion to Seal, Exhibit A. The MSA was designated in this manner because it contains proprietary information, including pricing terms, that should remain confidential.

In conclusion, PK Willis respectfully requests that the Court grant this motion and permit PK Willis to file the Declaration under seal pursuant to the Protective Agreement in order to protect the confidentiality of the MSA.

//

//

//

//

//

DEFENDANT PATRICK K. WILLIS COMPANY INC.'S
MOTION TO SEAL DECLARATION: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01963995  12/17/20

1  DATED this 17th day of December, 2020.

LUKINS & ANNIS, P.S.

By /s/ Trevor R. Pincock
TREVOR R. PINCOCK, WSBA #36818
CHARLES HAUSBERG, WSBA #50029
Attorneys for Defendant Patrick K. Willis Company, Inc.

DEFENDANT PATRICK K. WILLIS COMPANY INC.'S
MOTION TO SEAL DECLARATION: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01963995  12/17/20

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2020, I served the foregoing to the following:

| | | |
|---|---|---|
| Alexander B. Trueblood<br>Trueblood Law Firm<br>1700 Seventh Ave., Suite 2100<br>Seattle, WA 98101-1360<br>alec@hush.com<br><br>Attorney for Plaintiffs | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email / ECF |
| Gabriella Wagner<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>wagner@wscd.com<br>phares@wscd.com<br>Strelyuk@wscd.com<br>Obrien@wscd.com<br><br>Attorneys for Defendant Auto Trackers and Recovery North LLC | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email / ECF |

/s/ Marianne Love
MARIANNE LOVE, Legal Assistant

DEFENDANT PATRICK K. WILLIS COMPANY INC.'S
MOTION TO SEAL DECLARATION: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01963995  12/17/20