FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCAS M. CHANEY, individually, and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUTOTRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER, USA INC.,<br><br>    Defendants. | NO. 2:19-cv-00272-SAB<br><br>**SECOND AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR OCTOBER 18, 2021** |

Before the Court is the parties' Joint Stipulation to Continue Trial and Pre-Trial Dates, ECF No. 42. The motion was heard without oral argument. Plaintiffs are represented by Alexander B. Trueblood, Michael Parker, and Larry Kuznetz; Geoffrey D. Swindler represents T.C.; Defendant Autotrackers and Recovery North, LLC is represented by Alfred Donohue and Gabriella Wagner; Defendant Patrick Willis and Santander Consumer USA Inc. is represented by Charles Hausberg, Trevor Pincock, and Marnie Silver.

The parties ask to continue the trial date to permit them additional time to obtain certain medical records and bills and conduct mediation. Good cause exists

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER * 1**

to grant the motion.

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Stipulation to Continue Trial and Pre-Trial Dates, ECF No. 42, is **APPROVED**.

2. The Court's July 13, 2020 Amended Scheduling Order, ECF No. 28, is amended as follows:

## TRIAL DATES

**4. Jury Trial.** The jury trial set for March 29, 2021, is **continued** to **October 18, 2021**, at **9:00 a.m.** in **SPOKANE**, Washington. Counsel estimates a trial length of four days.

**5. Pretrial Conference.** The March 18, 2021 in-person pretrial conference is **continued** to **October 7, 2021**, at **11:00 a.m.** in **SPOKANE**, Washington.

\*\*\*

## DISCOVERY DEADLINES

**7. Expert Disclosures.**

A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **April 2, 2021**. Each Party shall also provide dates for which those experts can be available for deposition.

B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **May 3, 2021**. Each Party shall also provide dates for which those experts can be available for deposition.

**8. Discovery.**

B. *Discovery Deadline*. All discovery shall be completed on or before **July 2, 2021**.

//
//

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER \* 2**

# MOTION DEADLINES

**9. Motions to Amend Pleadings or Add Parties**. Any motion to amend the pleadings or add named parties shall be filed and served by **March 22, 2021**.

**10. *Daubert* Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **June 4, 2021**. If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions.

**11. Dispositive Motions.** All dispositive motions shall be filed and served on or before **August 6, 2021**.

**12. Motions *in Limine*.**

   A. *Motions* in Limine: shall be filed and served on or before **September 7, 2021**.

   B. *Responses*: shall be filed and served on or before **September 14, 2021**.

   C. *Replies*: shall be filed and served on or before **September 21, 2021**.

# TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

   A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **September 14, 2021**.

   D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **September 21, 2021**.

   E. *Responses*: Responses, if any, to objections shall be filed and served on or before **September 28, 2021**.

**14. Pretrial Exhibit Stipulation.**

   B. *Deadline*: The pretrial exhibit stipulation shall be filed on **September 27, 2021**.

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER * 3**

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**15. Designation of Testimony.**

The parties shall notify the Court on or before **August 30, 2021** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**16. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **September 27, 2021** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

**17. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **September 23, 2021**.

**18. Jury Instructions.** No later than **September 23, 2021**, the parties shall file jointly proposed jury instructions.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of December 2020.



Stanley A. Bastian
United States District Judge

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER** \* 4