FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCAS M. CHANEY, individually and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER USA INC.,<br><br>　　　　Defendants. | NO.  2:19-CV-00272-SAB<br><br>**ORDER RE: SETTLEMENT** |

On September 8, 2021, the parties notified the Court that they have settled all of Plaintiffs' claims asserted in the Complaint. ECF No. 98. They also indicated, however, that this settlement has no effect on Patrick K. Willis Company Inc.'s cross-claim against Auto Trackers and Recovery North LLC.

Accordingly, **IT IS HEREBY ORDERED**

1.  Within 30 days of the date of this Order, Plaintiffs and Defendants shall file a stipulation to dismiss together with a proposed order dismissing the case.

2.  The jury trial set for October 18, 2021 will cover only Defendant Patrick K. Willis Company Inc.'s cross-claim asserted against Defendant Auto Trackers

**ORDER RE: SETTLEMENT** ~ 1

1 | and Recovery North LLC.

2 |     3.  The District Court Executive shall set a case management deadline

3 | accordingly.

4 |     **IT IS SO ORDERED**. The District Court Executive is hereby directed to

5 | file this Order and provide copies to counsel.

6 |     **DATED** this 15th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SETTLEMENT** ~ 2