FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCAS M. CHANEY, individually and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER USA INC.,<br><br>    Defendants. | NO. 2:19-CV-00272-SAB<br><br>**ORDER TO SHOW CAUSE** |

On October 18, 2021, Geoffrey Swindler submitted his Report of Settlement Guardian Ad Litem, ECF No. 107.

In his Report, Mr. Swindler indicates that he believes the settlement to be fair and reasonable and asks the Court to approve fees in the amount of $5,750. According to Mr. Swindler, Plaintiffs settled this action for $273,000, of which TC will receive $5,000, her parents will receive $70,000 minus medical liens and counsel will receive $198,000 in attorneys' fees.

The Court is not convinced that the proposed settlement is fair and reasonable. It is a bit unusual that counsel would receive over 72% of the

**ORDER TO SHOW CAUSE** ~ 1

settlement proceeds. Also, Mr. Swindler did not provide the Court his hourly fee or the hours spent on this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. Within ten (10) days from the date of this Order, Mr. Swindler is ordered to show cause to respond to the Court concern's regarding the proposed settlement.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to Mr. Swindler and counsel.

**DATED** this 1st day of November 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER TO SHOW CAUSE** ~ 2