FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCAS M. CHANEY, individually and as guardian ad litem for TC, a minor, and KATHLEEN CHANEY,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTO TRACKERS AND RECOVERY NORTH LLC, PATRICK K. WILLIS COMPANY, INC., and SANTANDER CONSUMER USA INC.,<br><br>    Defendants. | NO. 2:19-CV-00272-SAB<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On October 18, 2021, the parties filed a Joint Stipulation to Dismiss Complaint, ECF No. 108. On that same day, Geoffrey Swindler submitted his Report of Settlement Guardian Ad Litem, ECF No. 107.

In their Stipulation, the parties indicate that the claims presented in Plaintiffs' Complaint have been settled, but that the Stipulation does not affect any cross-claims pending in this matter. In his Report, Mr. Swindler indicates that he believes the settlement to be fair and reasonable.

The Court has reviewed the parties' submissions and finds the settlement to be fair and reasonable.

**ORDER DISMISSING PLAINTIFF'S COMPLAINT** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation to Dismiss Complaint, ECF No. 108, is **GRANTED**.

2. Plaintiffs' Complaint is **DISMISSED**, with prejudice, with all parties to bear their own attorneys fees and costs. This dismissal does not affect any cross-claims pending in this matter.

3. Mr. Swindler is hereby discharged from his duties. His requested fees are reasonable and shall be paid from the attorney fees paid to Plaintiffs' counsel.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 15th day of November 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING PLAINTIFF'S COMPLAINT** ~ 2