AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 18, 2022

SEAN F. McAVOY, CLERK

PATRICK K. WILLIS COMPANY, INC., a California corporation,
*Cross-Claim Plaintiff*

v.

AUTO TRACKERS AND RECOVERY NORTH LLC., an Idaho limited liability company,
*Cross-Claim Defendant*

PRIME INSURANCE COMPANY, an Illinois corporation
*Intervenor*

)
)
)
)
)

Civil Action No.   2:19-CV-00272-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   UPON AGREEMENT AND STIPULATION OF THE PARTIES, Judgment is hereby entered in favor of PATRICK K. WILLIS COMPANY, INC., and against AUTO TRACKERS AND RECOVERY NORTH, LLC. in the amount of $334,650, with interest thereon at the rate of 12 percent per annum until fully paid.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by   Chief Judge Stanley A Bastian _____

Date:  11/18/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lee Reams
_____
*(By) Deputy Clerk*

Lee Reams
_____